IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-279-KDB-DCK

| | |
|---|---|
| HARISH KRISHNA RAMASWAMY, and MAHALAKSHMI VISHNAMPETTAI RAGHURAMAN, <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, Director, U.S. Citizenship and Immigration Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Andres Lopez, concerning Brad Banias, on August 19, 2022. Brad Banias seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Brad Banias is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: August 22, 2022

David C. Keesler
United States Magistrate Judge